FILED
OCT 0 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: **'07 MJ 8834** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Eduardo RAMIREZ | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about October 4, 2007, within the Southern District of California, defendant Eduardo RAMIREZ did knowingly and intentionally import approximately 76.12 kilograms (167.46 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5TH, DAY OF OCTOBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Eduardo RAMIREZ

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Behm.

On October 4, 2007 at approximately 1045 hours, Eduardo RAMIREZ entered the United States at the Calexico, California, West, Port of Entry. RAMIREZ was the driver and sole occupant of a 2006 Chevrolet Monte Carlo. Customs and Border Protection Officer (CBPO) P. Morales was referring vehicles for an x-ray examination. CBPO Morales noticed that RAMIREZ was driving around vehicles in front and him and attempting to take an unusual egress route from the primary lanes. CBPO Morales sent the vehicle to the secondary lot for examination.

In the vehicle secondary lot, an X-ray exam showed anomalies under the rear seat. CBPO I. Cuen performed a canine inspection of the vehicle. The canine alerted and responded in the driver's door.

A subsequent inspection of the vehicle revealed several packages in a specially built non-factory compartment under the rear seat. CBPO M. Hernandez probed one of the packages and a sample of a white powdery substance was obtained, which field tested positive for cocaine. A total of 65 packages were removed with a combined gross weight of approximately 76.12 kilograms (167.46 pounds).

RAMIREZ was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived, agreeing to answer questions. RAMIREZ stated that he was to be paid $3000.00 to take the vehicle to Los Angeles, CA. RAMIREZ stated that he knew the vehicle contained contraband.

RAMIREZ was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.