FILED

07 OCT 17 AM 9: 32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___PM___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>EDUARDO RAMIREZ,  )<br>  )<br>            Defendant.  )<br>_____) | Criminal Case No. 07 CR 2881 JLS<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine;<br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |

The grand jury charges:

Count 1

On or about October 4, 2007, within the Southern District of California, defendant EDUARDO RAMIREZ did knowingly and intentionally import 5 kilograms and more, to wit: approximately 76.12 kilograms (167.46 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

JJO:fer:Imperial
10/16/07

<u>Count 2</u>

On or about October 4, 2007, within the Southern District of California, defendant EDUARDO RAMIREZ did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 76.12 kilograms (167.46 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: October 17, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

2