1  MAXINE I. DOBRO
   105 West F Street, 3rd Floor
2  San Diego, CA 92101-6036
   (619) 232-5044
3  BAR #98962

4  Attorney for Defendant
   Eduardo Ramirez
5

6
                    UNITED STATES DISTRICT COURT
7
                   SOUTHERN DISTRICT OF CALIFORNIA
8                    (Honorable Janice Sammartino)

9
   UNITED STATES OF AMERICA,       )   Criminal No. 07-2881-JLS
10                                 )
              Plaintiff,           )   **NOTICE OF MOTION FOR**
11                                 )   **DISCOVERY, AND FOR**
   vs.                             )   **LEAVE TO FILE FURTHER**
12                                 )   **MOTIONS.**
                                   )
13                                 )
   Eduardo Ramirez,                )   **DATE: 16 NOV. 2007**
14                                 )   **TIME: 9:30 A.M.**
                                   )
15            Defendant.           )
   _____)
16
        TO:  The Honorable Janice Sammartino and Assistant United States
17
   Attorney Peter Mazza:
18
        PLEASE TAKE NOTICE  that on 16 November 2007, at 1:30 p.m. or as
19
   soon  thereafter  as  the  matter  may  be  heard,  Defendant,  Eduardo
20
   Ramirez, by and through his counsel, Maxine Dobro, will move the Court
21
   for: Discovery and the opportunity to file additional motions in the
22
   future, should they become necessary.
23
        This  motion  is  based  upon  the  instant  Notice  of  Motion,  the
24
   attached  Memorandum  of  Points  and  Authorities  in  Support  of  the
25
   Motion,  the  files  and  records  of  the  instant  case  and  any  other
26
   applicable  evidence  that  becomes  available  before  or  during  the
27

28                                  1                              07cr2881

1 | hearing of these motions.
2 | DATED: 2 November  2007                    Respectfully submitted,
3 |
4 |                                              S/Maxine I. Dobro
  |                                            Maxine I. Dobro,
5 |                                            Eduardo Ramirez