```
 1  KAREN P. HEWITT
    United States Attorney
 2  PETER J. MAZZA
    Assistant U.S. Attorney
 3  California State Bar No. 239918
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone: (619) 557-5528
    Peter.Mazza@usdoj.gov
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
 8
 9                   UNITED STATES DISTRICT COURT
10                  SOUTHERN DISTRICT OF CALIFORNIA
11
    UNITED STATES OF AMERICA,    )  CASE NO.  07CR2881-JLS
12                               )
                                 )  DATE:     November 16, 2007
13          Plaintiff,            )  TIME:     9:30 a.m.
                                 )
14                               )  GOVERNMENT'S NOTICE OF MOTION AND
            v.                   )  MOTION FOR RECIPROCAL DISCOVERY
15                               )
                                 )
16  EDUARDO RAMIREZ,             )
                                 )
17                               )
            Defendant.           )
18                               )
    _____)
19  _____
20
                         NOTICE OF MOTION
21
        TO:  Maxine I. Dobro, Esq., counsel for defendant, Eduardo
22           Ramirez,
23
        PLEASE TAKE NOTICE  that on Friday, November 16, 2007, at 9:30
24
    a.m., or as soon thereafter as counsel may be heard, plaintiff,
25
    UNITED STATES OF AMERICA, by and through its counsel, Karen P.
26
    Hewitt, United States Attorney, and Peter J. Mazza, Assistant United
27
    States Attorney, will move the court for an order granting the
28
    Government's Motion for Reciprocal Discovery.
```

MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Peter J. Mazza, Assistant United States Attorney, will hereby move the court for an order granting the Government's Motion for Reciprocal Discovery.

DATED:   November 9, 2007.

                                Respectfully submitted,
                                KAREN P. HEWITT
                                United States Attorney

                                /s/ Peter J. Mazza
                                PETER J. MAZZA
                                Assistant United States Attorney
                                Attorneys for Plaintiff
                                United States of America
                                Email: Peter.Mazza@usdoj.gov