1  KAREN P. HEWITT
   United States Attorney
2  PETER J. MAZZA
   Assistant U.S. Attorney
3  California State Bar No. 239918
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-5528
   Peter.Mazza@usdoj.gov
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,     )   CASE NO.  07CR2881-JLS
12                               )
                                 )   DATE:      November 16, 2007
13            Plaintiff,         )   TIME:      9:30 a.m.
                                 )
14                               )   STATEMENT OF FACTS AND MEMORANDUM OF
         v.                      )   POINTS AND AUTHORITIES IN SUPPORT OF
15                               )   GOVERNMENT'S MOTION FOR RECIPROCAL
                                 )   DISCOVERY
16   EDUARDO RAMIREZ,            )
                                 )
17                               )
              Defendant.         )
18                               )
   _____)
19

20      COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and

21  through its counsel, KAREN P. HEWITT, United States Attorney, and

22  Peter J. Mazza, Assistant United States Attorney, hereby files the

23  attached statement of facts and memorandum of points and authorities

24  in support of Government's motion for reciprocal discovery.

25                               **I**

26                   **STATEMENT OF THE CASE**

27      On October 16, 2007, a grand jury sitting in the Southern

28  District of California returned a two-count Indictment against

                                              07CR2881-JLS

1  Defendant, charging him with importation of cocaine into the United

2  States from a place outside thereof, in violation of 21 U.S.C. §§ 952

3  and 960, and possession of cocaine with the intent to distribute, in

4  violation of 21 U.S.C. § 841(a)(1).  On October 17, 2007, Defendant

5  was arraigned on the Indictment.

6                                    II

7                          **STATEMENT OF FACTS**

8       A.   **THE INSTANT OFFENSE**

9       On October 4, 2007, at approximately 10:45 a.m., Defendant

10  entered the Calexico, California West Port of Entry as the driver and

11  sole occupant of a 2006 Chevrolet Monte Carlo bearing California

12  license plate number 5ZDF551.  At the primary inspection area,

13  Customs and Border Protection Officer (CBPO) P. Morales was referring

14  vehicles to the secondary lot for x-ray examination.  CBPO Morales

15  noticed Defendant's vehicle attempting to pass several vehicles in

16  front of it while waiting in line.  CBPO Morales referred Defendant

17  and his vehicle to secondary inspection.

18      At the secondary inspection area, CBPO M. Hernandez performed

19  an x-ray examination on Defendant's vehicle.  The examination

20  revealed anomalies under the rear seat.  Defendant gave the officers

21  a negative customs declaration.  He further stated that the vehicle

22  belonged to him and he was on his way to his home in Calexico,

23  California.  CBPO Morales noticed that Defendant's hands were shaking

24  while he spoke, and that he continually attempted to drink from an

25  empty soda bottle.  Also while in secondary, a human/narcotic

26  detector dog alerted positively to the driver's side exterior of the

27  vehicle.

28

                                  2                          07CR2881-JLS

1    A further search of the vehicle revealed several packages in a

2  non-factory built compartment located under the rear seat.  One of

3  the packages was probed and field tested, which returned a positive

4  indication for cocaine.  A total of 65 packages were removed from the

5  vehicle, totaling 76.12 kilograms (167.46 pounds) of cocaine.

6  Officers placed Defendant under arrest, and notified Immigration and

7  Custom Enforcement (ICE) Special Agents Thomas Behm and Russell

8  Vensk.

9    At approximately 3:26 p.m., Agents Behm and Vensk advised

10 Defendant of his <u>Miranda</u> rights, which he waived.  He informed agents

11 that he had owned the vehicle since April of 2007.  Ramirez stated

12 that he knew that his vehicle contained some kind of contraband,

13 although he thought it was marijuana.  He informed agents that he was

14 going to be paid $3,000 to drive the vehicle to Los Angeles and would

15 receive additional instructions via cell phone at that time.  He

16 stated that he had met an individual he knew only as "Chavo"

17 approximately three weeks prior to his arrest at a family gathering

18 in Mexicali, Mexico.  He said that "Chavo" introduced him to an

19 individual named "Turi" who offered him the smuggling job.  Defendant

20 stated that he had given his vehicle to a man named Jose Luis Garcia

21 a week prior to his arrest for four or five hours.  Defendant stated

22 that Garcia informed him that they were taking the car to determine

23 where they could hide the contraband.  Defendant stated that Garcia

24 took the vehicle a second time earlier in the day of the offense for

25 approximately one hour.

26 //

27 //

28 //

3                              07CR2881-JLS

### III

### GOVERNMENT'S MOTIONS

**A.    MOTION FOR RECIPROCAL DISCOVERY**

    **1.    RULE 16(b)**

    The United States, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, requests that Defendant permit the United States to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of Defendant and which Defendant intends to introduce as evidence in his case-in-chief at trial.

    The United States further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant, which Defendant intends to introduce as evidence-in-chief at the trial, or which were prepared by a witness whom Defendant intends to call as a witness.  Because the United States has complied with Defendant's request for delivery of reports of examinations, the United States is entitled to the items listed above under Rule 16(b)(1) of the Federal Rules of Criminal Procedure.  The United States also requests that the Court make such order as it deems necessary under Rules 16(d)(1) and (2) to ensure that the United States receives the discovery to which it is entitled.

    **2.    RULE 26.2**

    Rule 26.2 of the Federal Rules of Criminal Procedure requires the production of prior statements of all witnesses, except a

1  statement made by Defendant.  This rule thus provides for the
2  reciprocal production of <u>Jencks</u> statements.

3      The time frame established by the rule requires the statement
4  to be provided after the witness has testified.  To expedite trial
5  proceedings, the United States hereby requests that Defendant be
6  ordered to supply all prior statements of defense witnesses by a
7  reasonable date before trial to be set by the Court.  Such an order
8  should include any form in which these statements are memorialized,
9  including but not limited to, tape recordings, handwritten or typed
10 notes and/or reports.

11                                  **IV**

12                              <u>**CONCLUSION**</u>

13     For the foregoing reasons, the United States requests that the
14 Government's Motions be granted.

15     DATED: November 9, 2007.

16                              Respectfully Submitted,

17                              KAREN P. HEWITT
18                              United States Attorney

19                              <u>/s/ Peter J. Mazza</u>
                                PETER J. MAZZA
20                              Assistant U.S. Attorney
                                Peter.Mazza@usdoj.gov
21
22
23
24
25
26
27
28

                                5                    07CR2881-JLS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR2881-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| EDUARDO RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, PETER J. MAZZA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of GOVERNMENT'S NOTICE OF MOTIONS AND MOTIONS FOR RECIPROCAL DISCOVERY on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Maxine I. Dobro

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2007.


/s/ Peter J. Mazza
PETER J. MAZZA