```
 1 | MAXINE I. DOBRO
   | 105 West F Street, 3rd Floor
 2 | San Diego, CA 92101-6036
   | (619) 232-5044
 3 | BAR #98962
 4 |
   | Attorney for Defendant
 5 | Eduardo Ramirez
 6 |
 7 |                UNITED STATES DISTRICT COURT
 8 |               SOUTHERN DISTRICT OF CALIFORNIA
   |                 (Honorable Janis Sammartino)
 9 |
10 | UNITED STATES OF AMERICA,    )   Criminal No. 07-2881-JLS
                                  )
11 |         Plaintiff,            )   JOINT MOTION TO CONTINUE
                                  )   SENTENCING
12 | vs.                           )
                                  )
13 |                               )   Date: 11 April 2008
                                  )   Time: 9:00 a.m.
14 | Eduardo Ramirez,              )
                                  )
15 |         Defendant.            )
   | _____)
16 |
17 |     THE PARTIES, the Plaintiff, UNITED STATES OF AMERICA, through its
18 | attorneys, Karen Hewitt, Interim U.S. Attorney, and Peter Mazza,
19 | Assistant U.S. Attorney, and defendant Eduardo Ramirez, through his
20 | counsel, Maxine I. Dobro, move to continue the Sentencing hearing in
21 | Criminal Case No. 07cr2881-JLS from February 15, 2008, to April 11,
22 | 2008, at 9:00 a.m. This continuance is requested to allow more time
23 | for the parties to fashion appropriate sentencing recommendations.
24 | DATED: 18 January 2008              /s/Maxine Dobro
                                         Maxine I. Dobro,
25 |                                     for Eduardo Ramirez
26 | DATED: 18 January 2008              /s/Peter Mazza
                                         Peter Mazza
27 |                                     Assistant U.S. Attorney
28 |
                         1                              07cr2881
```

1
2
3
4
5
6
IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 07CR2881-JLS |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | |
| EDUARDO RAMIREZ, | ) | |
| Defendant. | ) | |
| _____ | ) | |

    I, the undersigned, say that I am over 18 years of age, a resident of the County of San Diego, State of California, and not a party to the within action; That my business address is 105 West F St, 3rd Flr, San Diego CA 92101;

    That I served the within Joint Motion to Continue Sentencing serving a copy today to the clerk's office of this honorable court by e-filing for delivery to:

KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA; PETER MAZZA, SPECIAL ASSISTANT U.S. ATTORNEY.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed on this January 18, 2008 in San Diego, California.

DATED: 1/18/08            __/s/ Maxine I. Dobro_____
                          Maxine I. Dobro

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3