1  MAXINE I. DOBRO
   105 West F Street, 3rd Floor
2  San Diego, CA 92101-6036
   (619) 232-5044
3  BAR #98962

4
   Attorney for Defendant
5  Eduardo Ramirez

6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Janis Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07-2881-JLS |
| ) | |
| Plaintiff, ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING DATE** |
| vs. ) | |
| ) | |
| ) | Date: 11 April 2008 |
| ) | Time: 9:00 a.m. |
| Eduardo Ramirez, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY ORDERED that the Sentencing hearing in Criminal Case No. 07cr2881-JLS currently set for hearing on February 15, 2008, be continued to April 11, 2008 at 9:00 a.m.

DATED:  January 22, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

07cr2881