**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

CASE NO.:             07-CR-2881-JLS              CASE TITLE:         USA v. Ramirez
E-FILED DATE:         04/02/2008                  DOCUMENT NO.:       17
DOCUMENT TITLE:       Defendant's Sentencing Memorandum and Departure Request (docketed by filer as Sentencing Memorandum only)
DOCUMENT FILED BY:    Defendant

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

|   | Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
|   | ECF § 2(h) | Includes a proposed order or requires judge's signature |
| X | ECF § 2(a), (g) | Docket entry does not accurately reflect the document filed (motion for departure should be filed as separate document) |
|   | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
|   | ECF § 2(f) | Lacking proper signature |
|   | Civ. L. Rule 5.1 Crim. L. Rule 47.1 | Missing time and date on motion and/or supporting documentation |
| X | Civ. L. Rule 7.1 Crim. L. Rule 32.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely (requests for departure are due 13 days before sentencing) |
|   | Civ. L. Rule 7.1 Crim. L. Rule 47.1 | Lacking memorandum of points and authorities in support as a separate document |
|   | Civ. L. Rule 7.1 Crim. L. Rule 47.1 | Briefs or memoranda exceed length restrictions |
|   |   | Supplemental documents require court order |
|   |   | OTHER: |

**IT IS HEREBY ORDERED**:

|   |   |
|---|---|
| X | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
|   | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED:   April 3, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge