```
 1  MAXINE I. DOBRO
    105 West F Street, 3rd Floor
 2  San Diego, CA 92101-6036
    (619) 232-5044
 3  BAR #98962

 4
    Attorney for Defendant
 5  Edward Martinez

 6
```

                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA
                      (Honorable Janis Sammartino)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07-2881-JLS |
|  | ) |  |
| Plaintiff, | ) | **JOINT MOTION TO CONTINUE** |
|  | ) | **DATE SET FOR SENTENCING** |
| vs. | ) |  |
|  | ) | Date: 19 Sept 2008 |
|  | ) | Time: 9:00 a.m. |
| Edward Ramirez, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

THE PARTIES, the Plaintiff, UNITED STATES OF AMERICA, through its attorneys, Karen Hewitt, Interim U.S. Attorney, and Peter Mazza, Assistant U.S. Attorney, and defendant Edward Ramirez, through his counsel, Maxine I. Dobro, move to continue the Sentencing hearing in Criminal Case No. 07cr2881-JLS from June 27, 2008, to September 19, 2008, at 9:00 a.m. This continuance is requested to allow more time for the parties to negotiate an appropriate sentencing recommendation.

DATED: 24 June 2008              /s/Maxine Dobro____
                                 Maxine I. Dobro,
                                 for Edward Ramirez

DATED: 24 June 2008              /s/Peter Mazza_____
                                 Peter Mazza
                                 Assistant U.S. Attorney

```
                IN THE UNITED STATES DISTRICT COURT FOR

                   THE SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 07CR2881-JLS |
| ) | |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| ) | |
| Edward Ramirez, ) | |
| Defendant. ) | |
| _____) | |

   I, the undersigned, say that I am over 18 years of age, a resident of the County of San Diego, State of California, and not a party to the within action; That my business address is 105 West F St, 3rd Flr, San Diego CA 92101;

   That I served the within Joint Motion to Continue Sentencing serving a copy today to the clerk's office of this honorable court by e-filing for delivery to:

KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA;PETER MAZZA, SPECIAL ASSISTANT U.S. ATTORNEY.

   I declare under penalty of perjury that the foregoing is true and correct.  Executed on this June 24, 2008 in San Diego, California.


DATED: 6/24/08            __/s/ Maxine I. Dobro_____
                            Maxine I. Dobro