1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
(Honorable Janis L. Sammartino)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07-2881-JLS |
| | ) | |
|        Plaintiff, | ) | **ORDER TO CONTINUE** |
| | ) | **DATE SET FOR SENTENCING** |
| vs. | ) | |
| | ) | |
| | ) | |
| Edward Ramirez, | ) | |
| | ) | |
|        Defendant. | ) | |

It is hereby ordered that the Sentencing hearing in Criminal Case No. 07cr2881-JLS be continued from June 27, 2008, to September 19, 2008, at 9:00 a.m.

DATED:  June 26, 2008

_____
Honorable Janis L. Sammartino
United States District Judge

1